Jesse Naiman
Wyoming State Bar No. 7-5516
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
jesse.naiman@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>**v.**<br><br>**ALEX ZEPEDA-ZEPEDA**<br><br>Defendant. | **Case No. 26-MJ-62-SWS** |

**MOTION FOR LEAVE OF COURT TO FILE DISMISSAL OF COMPLAINT AS TO DEFENDANT ALEX ZEPEDA-ZEPEDA WITHOUT PREJUDICE**

The United States Attorney for the District of Wyoming moves the Court for leave to file a dismissal without prejudice of the Complaint against the Defendant **ALEX ZEPEDA-ZEPEDA** in the above-entitled case pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure for the reason that the Defendant is in the process of being removed from the United States by the United States Department of Homeland Security, Immigration and Customs Enforcement.

DATED this 20th day of October, 2026.

DARIN D. SMITH
United States Attorney

By: */s/ Jesse Naiman*
JESSE NAIMAN
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of October, 2026, the foregoing was electronically filed and consequently served on defense counsel.

*/s/Andi M. Shaffer*
For the United States Attorney's Office